**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

ADAM LEONARD                                                                                          PLAINTIFF

V.                                          4:12CV00471 KGB/HDY

SUSAN WEBBER WRIGHT *et al.*                                                             DEFENDANTS

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to United States District Judge Kristine G. Baker. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.   Why the record made before the Magistrate Judge is inadequate.

2.   Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.   The detail of any testimony desired to be introduced at the

> hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

Plaintiff Adam Leonard, formerly held at the Pulaski County Detention Facility, filed this *pro se* complaint (docket entry #1), pursuant to 42 U.S.C. § 1983, on July 30, 2012. Plaintiff did not pay the filing fee, or file a properly completed application for leave to proceed *in forma pauperis*. Additionally, Plaintiff's complaint was too vague to determine if he stated a claim for relief against each Defendant. Accordingly, on August 2, 2012, the Court entered an order directing Plaintiff to pay the full filing fee, or to file an application for leave to proceed *in forma pauperis*, and to file an amended complaint, within 30 days (docket entry #2). That order also warned Plaintiff that his failure to do so would result in the recommended dismissal of his complaint. More than 30 days have passed, and Plaintiff has not paid the filing fee or filed an application for leave to proceed *in forma pauperis*, filed an amended complaint as ordered, or otherwise responded to the order. Mail sent to Plaintiff's address of record has been returned as undeliverable (docket entry #3). Under these circumstances, the Court concludes that Plaintiff's complaint should be dismissed without prejudice for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and

for failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and for failure to respond to the Court's order.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this  5   day of September, 2012.

_____
UNITED STATES MAGISTRATE JUDGE