IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ADAM LEONARD**                                                                                      **PLAINTIFF**

V.                                            **4:12-cv-0471 KGB**

**SUSAN WEBBER WRIGHT** *et al.*                                              **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

SO ORDERED this 17 day of September, 2012.

_____
Kristine G. Baker
United States District Judge