IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ADAM LEONARD                                                                                               PLAINTIFF

V.                                      4:12-cv-0471 KGB

SUSAN WEBBER WRIGHT *et al.*                                                DEFENDANTS

**JUDGMENT**

Pursuant to the Order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

SO ORDERED this 17 day of September, 2012.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge